UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Thurman Lee Jones Jr.                  Docket No. 4:09-CR-55-2FL

**Petition for Action on Supervised Release**

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Thurman Lee Jones Jr., who, upon an earlier plea of guilty to Use and Carry a Firearm During and in Relation to a Drug Trafficking Crime and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on January 6, 2010, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. Thurman Lee Jones Jr. was released from custody on October 9, 2012, at which time the term of supervised release commenced. On January 5, 2015, the term of supervised release was revoked. The defendant was ordered committed to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on a second term of supervised release for a period of 12 months.

Thurman Lee Jones Jr. was released from custody on September 7, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 23, 2016, the defendant was arrested by Trooper Bowen of the North Carolina State Highway Patrol, in Greenville, North Carolina, and charged with Driving While Impaired and Speeding (16CR58523). The charge is pending adjudication in Pitt County District Court. The defendant submitted to a breath test after the alleged incident and his blood alcohol content was documented as .08. When confronted by the undersigned probation officer on December 1, 2016, the defendant admitted he was operating a motor vehicle after consuming alcohol, and expressed sincere remorse for his conduct. Release from state custody was authorized on November 23, 2016, after the defendant posted a $2,500 unsecured bond. As a sanction for this conduct, service of 3 days custody is recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

**Thurman Lee Jones Jr.**
**Docket No. 4:09-CR-55-2FL**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Melissa K. Gonigam<br>Melissa K. Gonigam<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: (252) 830-2345<br>Executed On: December 8, 2016 |

### ORDER OF THE COURT

Considered and ordered this ___8th___ day of _____December_____, 2016, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge