UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Thurman Lee Jones, Jr.**  Docket No. 4:09-CR-55-2FL

**Petition for Action on Supervised Release**

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Thurman Lee Jones, Jr., who, upon an earlier plea of guilty to Use and Carry a Firearm During and in Relation to a Drug Trafficking Crime and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on January 6, 2010, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. Thurman Lee Jones Jr. was released from custody on October 9, 2012, at which time the term of supervised release commenced. On January 5, 2015, the term of supervised release was revoked. The defendant was ordered committed to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on a second term of supervised release for a period of 1 year.

Thurman Lee Jones, Jr., was released from custody on September 7, 2016, at which time the term of supervised release commenced.

On December 8, 2016, the court modified supervision to confine the defendant to the custody of the Bureau of Prisons for a period of 3 days, as a sanction for Driving While Impaired and Speeding in Pitt County (16CR58523).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 26, 2017, the defendant was issued a citation in Wilson County, North Carolina, for the offense of Reckless Driving to Endanger (17CR700). Officer K. Revis of the Stantonsburg Police Department initiated a traffic stop as a result of Jones driving at a high rate of speed through a busy intersection on North Carolina Highway 58. Jones' initial appearance is scheduled for May 15, 2017, in Wilson County District Court. Jones advised the undersigned officer of the new charge on March 27, 2017. However, on March 31, 2017, the defendant was charged with Failure to Carry a Valid Driver's License (17IF31) in Greene County, North Carolina. Jones failed to notify the probation office of this charge. When confronted, he admitted he needed transportation to work and had been driving, and he apologized for failing to disclose the new charge.

Inasmuch as the defendant has taken responsibility for his conduct, it is recommended that Jones adhere to a curfew for 30 days, to be monitored electronically.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                I declare under penalty of perjury that the foregoing
                                                      is true and correct.


/s/ Jeffrey L. Keller                                 /s/ Melissa K. Gonigam
Jeffrey L. Keller                                     Melissa K. Gonigam
Supervising U.S. Probation Officer                    U.S. Probation Officer
                                                      201 South Evans Street, Rm 214
                                                      Greenville, NC 27858-1137
                                                      Phone: (252) 830-2345
                                                      Executed On: April 20, 2017

## ORDER OF THE COURT

Considered and ordered this __20th__ day of _____April_____, 2017, and ordered filed and made a part of the records in the above case.

__/s/ Louise W. Flanagan__
Louise W. Flanagan
U.S. District Judge